<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff David Santos Rosacia**

## Unpaid Overtime Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | FLSA Applicable Hourly Rate[1] | Overtime Hourly Rate[1] | Average Weekly Amount Paid[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 4/23/23 - 5/25/23 | 4.71 | 61.75 | $ 24.00 | $ 36.00 | $ 1,232.71 | $ 2,405.65 | $ 2,405.65 |
| 4/2/23 - 4/22/23 | 3.00 | 53.75 | $ 21.40 | $ 32.09 | $ 1,150.00 | $ 441.28 | $ 441.28 |
| 3/26/23 - 4/1/23 | 1.00 | 61.75 | $ 24.00 | $ 36.00 | $ 1,290.07 | $ 452.93 | $ 452.93 |
| 10/18/22 - 3/25/23 | 22.71 | 61.75 | $ 22.35 | $ 33.52 | $ 1,380.00 | $ 5,520.40 | $ 5,520.40 |
| 9/26/22 - 10/17/22 | 3.14 | 87.5 | $ 17.14 | $ 25.71 | $ 1,500.00 | $ 1,279.59 | $ 1,279.59 |
| 3/1/21 - 9/25/22 | 82.00 | 61.75 | $ 22.35 | $ 33.52 | $ 1,380.00 | $ 19,928.99 | $ 19,928.99 |
| | | | | | | $ 30,028.84 | $ 30,028.84 |

Total Unpaid Overtime Wages[1] = $ 30,028.84
Total Liquidated Damages[1] = $ 30,028.84
Total[1] = $ 60,057.68

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.